O. V. CARRUTHERS v. THE STATE.

No. 21823. Delivered December 17, 1941.

The opinion states the case.

*B. C. Jones,* of Clarksville, for appellant.

*Spurgeon E. Bell,* State's Attorney, of Austin, for the State.

DAVIDSON, Judge.

Upon his plea of guilty to the offense of hog theft, appellant was convicted and his punishment assessed at confinement in the State penitentiary for a term of two years.

No statement of the facts adduced upon the trial of this case nor bills of exception accompany this record.

By motion for a new trial, appellant attempts to raise the question of jury misconduct. The motion relied upon is not verified by either appellant or his counsel. Such a motion is fatally defective. Holloway v. State, 111 S. W. (2d) 251, 133 Tex. Cr. R. 359; Coleman v. State, 118 S. W. (2d) 600, 135 Tex. Cr. R. 229; Elder v. State, 97 S. W. (2d) 203, 131 Tex. Cr. R. 150; and other cases collated under Note 11 of Art. 756, Vernon's Annotated Code of Criminal Procedure.

The judgment of the trial court is affirmed.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.